

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PETER MANUEL CANDELARIA, | § | No. 08-20-00007-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 118th District Court |
| | § | |
| THE STATE OF TEXAS, | | of Howard County, Texas |
| | § | |
| State. | | (TC# 11554) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **May 12, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rick Dunbar, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 12, 2020.

IT IS SO ORDERED this 14th day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.